FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2018 MAY 29 PM 4:32
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| IMTT EPIC LLC,<br><br>Plaintiff,<br><br>v.<br><br>VESSEL CO 8 PTELTD; TORM A/S; M/T TORM RAGNHILD, her engines, tackle, gear, appurtenances, etc., in rem; MAERKSK LINE LIMITED; and M/V MAERSK HARTFORD, her engines, tackle, gear, appurtenances, etc., in rem;<br><br>Defendants. | CASE NO. CV418-023 |

## ORDER

Before the Court is Plaintiff's Notice of Voluntary Dismissal With Prejudice. (Doc. 8.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), a plaintiff may dismiss an action by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Because no Defendant has filed either an answer or motion for summary judgment in this case, Plaintiff's request is **GRANTED** and its claims against Defendants are **DISMISSED WITH PREJUDICE** with each party to bear its own fees and costs. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 29th day of May 2018.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA